**NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAKHAN RATHEE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv370 |
| | § | Judge Clark/Judge Mazzant |
| FRISCO INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice [Doc. #16].

It is **ORDERED** that the Joint Stipulation of Dismissal with Prejudice [Doc. #16] is accepted by the court. The court further **ORDERS** that Plaintiff's claims against Defendant in this case are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **17** day of **June, 2014.**

_____
Ron Clark, United States District Judge